IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-00004-RLV-DSC

| | |
|---|---|
| ROGER WIKER, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| ADVANCED FOOT & ANKLE CENTER, P.C. | ) |
| PIEDMONT HEALTHCARE, PA, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**BEFORE THE COURT** is its own motion continuing the trial date of this matter. The trial scheduled for this matter is **CONTINUED** to the Court's September 12, 2016 trial term.

**SO ORDERED.**

Signed: June 16, 2016

*/s/ Richard L. Voorhees*
Richard L. Voorhees
United States District Judge