IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-00004-RLV-DSC

| ROGER WIKER, | ) | |
| --- | --- | --- |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ADVANCED FOOT & ANKLE CENTER, | ) | |
| P.C. and PIEDMONT HEALTHCARE, PA, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

In preparation for the Hearing on Motions set for Monday, August 22, 2016, the Court directs the parties to be prepared to discuss, in addition to the pertinent motions, the following:

1. The e-mail dated September 22, 2014 from Jeffrey Smith to Holly Stiles. (Doc. 22-15);

2. The September 18, 2014 letter referred to in Doc. 22-15 and other pertinent communications; and,

3. The question of whether the "individualized assessment" requirement under 28 C.F.R. § 36.208 applies to dogs when an "individual" is defined as a "person who has a disability" under § 36.104.

**SO ORDERED.**

Signed: August 16, 2016

Richard L. Voorhees
United States District Judge